UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL CHRISTIAN SUTCLIFFE,

                                                **REPORT & RECOMMENDATION**
           Plaintiff,                                   21 CV 6405 (EK)(LB)
   -against-

LUFTHANSA,

         Defendant.
------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      Plaintiff Michael Christian Sutcliffe commenced this *pro se* employment discrimination action against defendant Lufthansa in the Southern District of New York on November 4, 2021. (ECF No. 1). The action was transferred to this District on November 16, 2021. (ECF Nos. 2–3). Plaintiff paid the required filing fee to bring this action on November 18, 2021. (ECF No. 9). On February 22, 2022, the Court ordered plaintiff to serve defendant with the summons and complaint by May 23, 2022 pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (ECF No. 11). Rule 4(m) provides that:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Plaintiff has not filed anything with the Court since the February 22, 2022 Order. As plaintiff has failed to file proof of service on defendant or show good cause why service was not effected, I hereby recommend that the Court should dismiss this action pursuant to Fed. R. Civ. P. 4(m).

**FILING OF OBJECTIONS TO REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Such objections (and any responses to objections) shall be filed with the Clerk of the Court. Any request for an extension of time to file objections must be made within the fourteen-day period. Failure to file a timely objection to this Report generally waives any further judicial review. Marcella v. Capital Dist. Physicians' Health Plan, Inc., 293 F.3d 42, 46 (2d Cir. 2002); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); see Thomas v. Arn, 474 U.S. 140 (1985).

SO ORDERED.

                                                            /S/  
                                           LOIS BLOOM  
                                           United States Magistrate Judge

Dated: December 27, 2022  
       Brooklyn, New York