```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x
```

MICHAEL CHRISTIAN SUTCLIFFE,

               Plaintiff,         **MEMORANDUM & ORDER**
                                   21-CV-6405(EK)(LB)

    -against-

LUFTHANSA,

               Defendant.

```
-------------------------------------x
```
ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Bloom's Report and Recommendation (R&R) dated December 27, 2022. ECF No. 12. Judge Bloom recommends that the case be dismissed because Plaintiff has failed to file proof of service on Defendant or show good cause why service has not been effected. Neither party has filed objections, and the time to do so has expired. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the

record, I find no clear error and therefore adopt the R&R in its entirety.  Thus, the case is dismissed.

   SO ORDERED.

               /s/ Eric Komitee
              ERIC KOMITEE
              United States District Judge

Dated: January 30, 2022
     Brooklyn, New York